MEMORANDUM OPINION

No. 04-07-00042-CV

IN RE Rolando MONCADA

Original Mandamus Proceeding (1)




PER CURIAM



Sitting: Catherine Stone , Justice

 Karen Angelini , Justice

 Phylis J. Speedlin , Justice



Delivered and Filed: February 21, 2007



PETITION FOR WRIT OF MANDAMUS DENIED

 The court has considered relator's petition for a writ of mandamus and motion for stay and is of the opinion that relief
should be denied. See Tex. R. App. P. 52.8(a). Accordingly, relator's petition for a writ of mandamus and motion for stay
are denied. 

PER CURIAM





1. This proceeding arises out of Cause No. 05-07-21053-MCVAJA , styled Noe F. Garza and Maria R. Garza v. Rolando
Moncada d/b/a Royal Ace Custom Homes, pending in the 365th Judicial District Court, Maverick County, Texas .